Gertrude M. Schuler, appellee, v. Leah G. Beezley et al., defendants. Appeal of Albert M. Wolf et al., appellants. Gen. No. 39,940.

Opinion filed February 10, 1938.

Herrick, Vette & Peregrine, for appellants. E. A. Ribal and C. O. Rundall, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.